that a cause of action is alleged against both defendants.

GOLDMARK v. UNITED STATES ELEC-TRO–GALVANIZING CO. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Godfrey Goldmark against the United States Electro-Galvanizing Company. No opinion. Motion denied, with $10 costs. Order filed.

GOLDSMITH, Appellant, v. INTERBOR-OUGH ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Hannah Goldsmith against the Interborough Street Railway Company.

PER CURIAM. Order setting aside verdict and granting new trial modified, by striking out the provision for costs to abide the event, and substituting a provision requiring the defendant to pay the costs of the trial already had and all disbursements to date, together with the costs of this appeal, all to be paid within 20 days; otherwise, order reversed, and judgment unanimously directed on the verdict, with costs and costs of this appeal. See Helgers v. Staten Island Midland R. R. Co., 69 App. Div. 570, 75 N. Y. Supp. 34.

GOODMAN et al. v. GREENBERG et al. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by Joseph Goodman and others against Abraham Greenberg and others. No opinion. Application denied, with $10 costs. Order signed.

GOULD–WELDON CO., Respondent, v. GOLDSTEIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 23, 1907.) Action by the Gould-Weldon Company against Morris Goldstein and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

GOVE v. MORTON TRUST CO. et al. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by La Roy S. Gove, as trustee, against the Morton Trust Company and others. No opinion. Motion denied, with $10 costs. Order filed.

In re GRAND ST., IN CITY OF NEW YORK. In re ENGELHARDT. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) In the matter of the application of the city of New York relative to acquiring title to Grand street, from Hooper street to Havemeyer and South Fourth streets, in the Thirteenth, Fifteenth, and Sixteenth Wards of the borough of Brooklyn in the city of New York. In the matter of Philip Engelhardt. No opinion. Motion to open default denied.

GRANT, Appellant, v. A. BOOTH & CO., Respondents, et al. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Action by Emma M. Grant against A. Booth & Co., impleaded with others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, without costs, but without prejudice to a renewal of the same. Held, that the papers upon which the order appealed from was made were insufficient to authorize the granting of the same, and that in no event should an open commission be granted without imposing upon the party applying therefor payment in advance of the reasonable cost and expense of executing the same.

GREEN v. GREEN et al. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by Asher Green against Woolf Green and others. No opinion. Motion granted, with $10 costs, unless appellant have his case on calendar for first Friday of June term. Order filed.

GREEN, Respondent, v. REMPE, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by William H. Green against Mary Rempe. No opinion. Judgment of the Municipal Court affirmed, with costs.

GREEN, Appellant, v. SPECHT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by John Green against Charles Specht and another.

PER CURIAM. Order affirmed, with costs to respondents to abide event. Held, that there was evidence for the jury as to payment and title, and nonsuit could not have been granted for those reasons; but there were exceptions to the admission of evidence and to the charge, which required the granting of a new trial.

ROBSON, J., not sitting.

GREENACRE, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Leona Greenacre against Isaac Davis. No opinion. Judgment and order affirmed, with costs.

GRIFFIN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) Action by Beatrice Griffin, an infant, etc., against the Brooklyn Heights Railroad Company. No opinion. Motion to dismiss appeal denied, without costs.

GRIFFIN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) Action by Christiana Griffin, an infant, etc., against the Brooklyn Heights Railroad Company. No opinion. Motion to dismiss appeal denied, without costs.

GRIFFIN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) Action by Lillian Griffin